IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE WHOLESALE GROCERY PRODUCTS ANTITRUST LITIGATION (This Document Relates To All Actions) | ) ) ) ) ) ) ) MDL NO. 2090 (D. Minn.) Case No. 11-mc-228-JWL |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4, I move that E. Casey Beckett be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion. I have also verified that the information contained in the affidavit is true and correct.

Respectfully submitted,

STINSON MORRISON HECKER LLP


By   s/ Heather S. Woodson
   Heather S. Woodson, KS # 13513
   1201 Walnut, Suite 2900
   Kansas City, MO  64106
   Telephone:  (816) 691-2497
   Facsimile:   (816) 412-9380
   hwoodson@stinson.com

ATTORNEYS FOR DEFENDANT
SUPERVALU INC.

DB03/./9711566.1

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2d day of September, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Mark T. Benedict
John K. Power
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO  64112

ATTORNEYS FOR MOVANT
ASSOCIATED WHOLESALE GROCERS, INC.

           s/ Heather S. Woodson
Attorney for Defendant Supervalu Inc.