IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE WHOLESALE GROCERY PRODUCTS ANTITRUST LITIGATION )))) | MDL NO. 2090 (D. Minn.) |
| ) | Case No. 11-mc-228-JWL |
| )) | |
| (This Document Relates To All Actions) ) | |

AFFIDAVIT IN SUPPORT OF
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4, I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: **E. Casey Beckett**.

2. I practice under the following firm name or letterhead:

   Name: **Robins, Kaplan, Miller & Ciresi L.L.P.**

   Address: **2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402**

   Telephone Number: **(612) 349-0987**

   Fax: **(612) 339-4181**

   Email address: *ecbeckett@rkmc.com*

3. I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| United States District Court State of Minnesota | 12/3/07 10/26/07 | 0388214 |
| United States Court of Appeals – 11th Circuit | 8/11/11 | |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all

pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have registered to receive electronic notification by completing the Court's Electronic Filing Registration Form. I understand I will receive system-generated notices of electronic filing.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on __August 24__, 2011, at Minneapolis, Minnesota.

_____
E. Casey Beckett